USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/18/18

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

NOE ESCAMILLA, individually and on behalf
of others similarly situated,

                        Plaintiffs,

   -against-

DESI GALLI INC. (d/b/a DESI GALLI),
SECOND DESI GALLI LLC (d/b/a DESI GALLI),
PRIAVANDA CHOUHAN,
PRIA VANDA PATEL,
and ANITA SHARMHA,
                        Defendants.
----------------------------------------------------------X

**MEMORANDUM ENDORSED**

17 Civ. 2936 (GHW)

### STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED that this action has been discontinued and is hereby dismissed with prejudice, without costs to any party against any other. This Stipulation may be filed with the Court without further notice to any party.

~~This Court shall retain jurisdiction to enforce the parties' Settlement Agreement.~~

Dated: May 16th, 2018

MICHAEL FAILLACE & ASSOCIATES, P.C.

By: _____
Colin Mulholland, Esq.
*Attorneys for Plaintiffs*
50 East 42nd Street, Suite 4510
New York, NY 10165
Tel: (212) 317-1200

DOSHI LEGAL GROUP, P.C.

By: _____
Amish Doshi, Esq.
*Attorneys for Defendants*
1979 Marcus Ave., Suite 210E
Lake Success, NY 11042
Tel: (516) 622-2335

For the reasons stated on the record during the telephone conference on May 16, 2018, the Court finds the parties' proposed settlement, subject to the modifications to Plaintiff's attorneys' fees determined by the Court, to be fair and reasonable. Accordingly, the Court approves the parties' stipulated dismissal with prejudice pursuant to Rule 41(a)(2). The Clerk of Court is directed to close this case.

Dated: May 18, 2018
New York, New York

_____
GREGORY H. WOODS
United States District Judge